425 A.2d 839

Commonwealth v. Wright, Appellant.

Submitted October 26, 1978.   Charles F. Gilchrist, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.